

### Court Of Appeals
### Fourth Court of Appeals District of Texas
### San Antonio

★ ★ ★        ★ ★ ★

## MEMORANDUM OPINION

No. 04-10-00200-CR

**IN RE** Latoya **MAYBERRY**

Original Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                  Phylis J. Speedlin, Justice
                  Marialyn Barnard, Justice

Delivered and Filed: March 31, 2010

PETITION FOR WRIT OF PROHIBITION DENIED

On March 9, 2010, relator Latoya Mayberry filed a petition for writ of prohibition. This court's authority to issue writs of prohibition is limited to those necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a) (Vernon 2004); *In re Garza*, 153 S.W.3d 97, 103 (Tex. App.—San Antonio 2004, orig. proceeding). Relator has not established the writ she seeks is necessary to enforce this court's jurisdiction.

In addition, relator's petition does not meet the requirements of the Texas Rules of Appellate Procedure. Specifically, the petition does not include a table of contents, an index of authorities, or a certification indicating "[t]he person filing the petition [has] certif[ied] that he or she has reviewed

---

[1] This proceeding arises out of Cause No. 2010-CR-1138, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Lori Valenzuela presiding.

the petition and concluded that every factual statement in the petition is supported by competent evidence included in the appendix or record." *See* TEX. R. APP. P. 52.3 (b)-(c), (j). Accordingly, the petition is denied. TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH